## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 AUG 30  PM 1: 42

CLERK _____
SO. DIST. OF GA.

WILLIAM A. ACREE,

      Plaintiff,

      v.

ARLISSA HUNT; JAVAKA JOHNSON;
OFFICER BILLUPS; MS. JACKSON; and
PRISONER MAPP,

      Defendants.

CIVIL ACTION NO.: 6:17-cv-106

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 39. Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Defendants' Motion to Dismiss, **DISMISSES without prejudice** Plaintiff's Complaint, as supplemented, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this _30th_ day of August, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA