# United States District Court
## Southern District of Georgia

WILLIAM A. ACREE,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 617-106

ARLISSA HUNT; JAVAKA JOHNSON; OFFICER BILLUPS; MS. JACKSON; and PRISONER MAPP,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated August 30, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's Complaint, as supplemented, is dismissed without prejudice. Additionally, the Court grants Defendants' Motion to Dismiss, and plaintiff is denied leave to appeal in forma pauperis. This case stands closed.



08/30/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*